UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE PUERTO-NARANJO, CARLOS ALBERTO PINO, JANIER RICO, and MAIKEL ROJAS-PEREZ,<br><br>                                    Petitioners,<br><br>v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Facility, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-1457-RSH-MMP<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On March 6, 2026, petitioners Enrique Puerto-Naranjo, Carlos Alberto Pino, Janier Rico, and Maikel Rojas-Perez filed a combined petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioners are all citizens of Cuba who were initially detained in Miramar, Florida and are currently in immigration detention at Otay Mesa Detention Center in San Diego, California. *Id.* at 3, 4. Petitioners challenge the lawfulness of their continued detention.

Having reviewed the Petition, the Court concludes that summary dismissal is not warranted at this time. Accordingly, the Court **ORDERS** the following briefing schedule:

1.    Respondents shall file a return to the Petition no later than **March 20, 2026**.

2.    Petitioners may, but are not required to, file a traverse in support of the Petition

no later than **March 27, 2026**.

3.     A hearing on the Petition is set for **April 2, 2026** at **1:30 p.m.** in Courtroom 3B. After the briefing is complete—meaning that Petitioners have filed a reply or advised the Court that no reply will be filed, or the deadline for filing a reply has passed—the Court may notify the Parties that it is taking the matter under submission and taking the hearing off calendar.

The Court acknowledges that Petitioners have filed a motion for a TRO. ECF No. 2. The relief sought by Petitioners' TRO application—including their immediate release—is the same relief sought by the underlying Petition. The Court will receive briefing on the merits of the Petition according to the expedited schedule set forth above, and determines that an even more compressed briefing schedule in the context of this case would not be conducive to a fair opportunity for both sides to provide the Court with adequate briefing. The Court's ruling on the merits of the Petition may also resolve the TRO request. To the extent the Parties wish to address other aspects of the TRO request, they may do so in their merits briefing.

**IT IS SO ORDERED.**

Dated: March 9, 2026

_____
Hon. Robert S. Huie
United States District Judge

2

26-cv-1457-RSH-MMP