UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE PUERTO-NARANJO, CARLOS ALBERTO PINO, JANIER RICO, and MAIKEL ROJAS-PEREZ, | Case No.:  26-cv-1457-RSH-MMP |
| Petitioners, | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | [ECF No. 2] |
| CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al., | |
| Respondents. | |

On March 6, 2026, petitioners Enrique Puerto-Naranjo, Carlos Alberto Pino, Janier Rico, and Maikel Rojas-Perez filed a combined petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioners are all citizens of Cuba who were initially detained in Miramar, Florida, and are currently in immigration detention at Otay Mesa Detention Center in San Diego, California. *Id.* at 3, 4. Petitioners challenge the lawfulness of their continued detention, arguing among other things that they should be released pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001), on the grounds that there is no significant likelihood of their removal in the reasonably foreseeable future. Respondents agree. ECF No. 6.

Accordingly, the Petition is **GRANTED**. Respondents are ordered to release

26-cv-1457-RSH-MMP

petitioners from custody ***within one (1) business day of the date of this order***, subject to such terms of supervision as may be appropriate. The Court declines to issue further injunctive relief.

In light of this disposition, Petitioners' application for a temporary restraining order [ECF No. 2] is **DENIED** as moot.

The Court **VACATES** the hearing date set for April 2, 2026.

**IT IS SO ORDERED**.

Dated: March 20, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-1457-RSH-MMP